Chicago Title and Trust Company, Successor Trustee, v. Yetta Gottschalk et al. Harry J. Paul, Appellee. Liberty National Bank of Chicago, Trustee, Appellant.

Gen. No. 42,175.

Heard in first division, first district, this court at April term, 1942; opinion filed November 30, 1942. Harry A. Biossat and Kargman & Kargman, for appellant; Harold L. Priess, for appellee; C. A. Caplow, of counsel. Opinion by Justice O'Connor. "Not to be published in full."